**SO ORDERED.**

**SIGNED February 6, 2023.**



_____
**STEPHEN D. WHEELIS**
**UNITED STATES BANKRUPTCY JUDGE**

_____

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| IN RE: QUINCY EARL CARR, JR AND | CASE NO. 17-31937 |
| NANCY NICOLE HEWITT | DOCKET NO. 36 |

### AGREED ORDER

Upon consideration of the Trustee's Notice of Final Cure Payment & Motion to Declare Home Mortgage Current and/or To Relieve Trustee from Disbursing Home Mortgage Payments Pursuant to F.R.B.P. 3002.1(f) and (h) and Notice of Hearing and it appearing proper in the premises, justified and warranted:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

- The debtors' mortgage payments to U.S. Bank National Association, have been made pursuant to the confirmed plan, and the Trustee is relieved of any further obligation under the plan to make payments to the said creditor after the disbursement of November 1, 2022.

- That the Notice of Final Cure Payment & Motion to Declare Home Mortgage Current and/or To Relieve Trustee from Disbursing Home Mortgage Payments Pursuant to F.R.B.P. 3002.1(f) and (h) and Notice of Hearing was served by the Trustee upon U.S. Bank National Association pursuant to Federal Rules of Bankruptcy Procedures Rule 3002.1 and that any and all defaults, if any, have been cured and all pre and post petition arrearages and/or sums otherwise due have been paid; and accordingly, no further amounts are owed said creditor for any payment, fee or assessment due through November 1, 2022.

- Notwithstanding anything contained herein to the contrary, U.S. Bank National Association, expressly reserves any and all rights which it has or may have with respect to the following:

  - Post-Petition fees/payments in the amount of $1,399.61 due on August 1, 2022-forward

###

Order Prepared by:

/s/Stacy L. Guice
Stacy L. Guice
La Bar Roll # 24984
Staff Attorney for E. Eugene Hastings
Chapter 13 Trustee
415 North 3rd Street
Monroe, Louisiana 71201
Phone: (318) 651-7733
Fax: (318) 651-7742
Email: sguice@ch13monroe.com

Approved by:

/s/Elizabeth Crowell Price
Elizabeth Crowell Price, Attorney Bar Roll #39083
Creditor Attorney for U.S. Bank National Assoc.
Dean Morris, LLC
1505 North 19th Street
Monroe, LA 71201
Phone (318) 388-1440